f

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS FLORES RODRIGUEZ, an individual, | Case No. 06-cv-1580 OWW  TAG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT PLAINTIFF'S MOTION FOR REMAND AND REQUEST FOR ATTORNEY'S FEES (Docs. 4, 18) |
| vs. | |
| HALL AMBULANCE, an unknown entity, JAMES RUSSELL TOLLISON, an individual, et al., | |
| Defendants. / | |

This case involves the removal by a Texas law firm, Hennessy, Gardner & Barth, and its affiliated attorneys, Bruce Jamison and Edward J. Hennessy (collectively, the "Texas defendants") of a state-court complaint filed by plaintiff Carlos Flores Rodriguez, a California resident, alleging negligence against two California residents, and various violations against his former attorneys, the Texas defendants, related to a retainer agreement that purportedly did not comply with California law.  Plaintiff Rodriguez moved to remand the action to the state court and requested attorney's fees.  (Doc. 4).  Defendants Hall Ambulance and James Russell Tollison joined in the motion for remand.  (Doc. 10).  The motion was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

On February 9, 2007, the Magistrate Judge filed Findings and Recommendations that recommended the Court grant the motion for remand and award Rodriguez $1,750.00 in attorney's fees.  (Doc. 18).  The Magistrate Judge found that the Texas defendants' removal of,

and arguments opposing remand of, the state complaint lacked any objective basis in that this Court lacked subject-matter jurisdiction based on the lack of diversity of citizenship of the parties.

The Findings and Recommendations gave notice that the parties could file objections within ten (10) court days. On February 26, 2007, the Texas defendants timely filed objections to the Findings and Recommendations. (Doc. 19).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and by proper analysis. The diverse defendants ignore well established rules of joinder of claims and parties whereunder plaintiff sued alleged tort feasors in California for injuries he suffered in Kern County California arising out of two California parties' alleged negligence. Plaintiff also sued Texas attorneys who entered into an allegedly unlawful contingency fee contract to represent plaintiff as attorneys in the same Kern County negligence action. There is no fraudulent joinder as a viable Kern County California personal injury action is before the state court, which involves parties who are citizens of the same state, as well as Texas attorneys who claim and interest in the California state lawsuit.

Accordingly, the Court ORDERS that:

1. The Findings and Recommendations entered on February 9, 2007 (Doc. 18) are ADOPTED IN FULL;

2. The Motion for Remand (Doc. 4) is GRANTED, and this action is remanded to the Kern County Superior Court;

3. Plaintiff's request for attorney's fees is GRANTED, and Defendants Bruce Jamison, Edward J. Hennessy, and Hennessy, Gardner & Barth are ORDERED TO PAY Plaintiff's

attorney, Brian Osborne, $1,750.00 in attorney's fees forthwith; and

    4. The Clerk of the Court is directed to CLOSE the case in this Court.

IT IS SO ORDERED.

**Dated:  March 13, 2007**          **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE